

50 Fountain Plaza
Suite 1400 PMB 374
Buffalo, NY 14202

Phone: 607-768-9033
Fax: 623-321-0139
dorollonixonesq@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2022
```

Hon. Gregory H. Woods
United States District Judge - Southern District of New York
Daniel Patrick Moynahan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

*RE: Natasha Faison-Williams v. United States of America - 20-cv-08329 (GHW)*

Dear Judge Woods:

In this FTCA medical malpractice action, Plaintiff Natasha Faison-Williams alleges that a May 2017, thoracic spine surgery and subsequent complications caused her to suffer injuries including chronic lower extremity weakness, bowel and bladder incontinence. Last night, May 23, 2022, Plaintiff was taken to the Tanner Medical Center-Carrollton emergency room complaining of extreme back and neck pain. MRIs were taken of both the cervical and thoracic spine. Due to today's MRI results, Plaintiff was told by the attending physician to contact orthopedic surgery immediately, because spine surgery needs to be performed as soon as possible.

Since the functioning of Plaintiff's spinal cord is a central medical fact at issue in this case relevant to both liability and damages, and since Plaintiff will imminently undergo another spinal surgery which will affect her condition, counsel for both parties hereby request a temporary stay in the proceedings pending the outcome of this surgery.

Absent this recent development, expert discovery would have been complete as of today. Both parties have worked diligently to complete expert discovery within the timeframe established by Your Honor in the amended Case Management Order (Dkt. 26, 49). All expert reports have been exchanged, and all expert depositions have taken place.

However, Plaintiff's imminent spinal surgery is a significant development that will potentially provide a clearer picture for both parties about the etiology and extent of her spinal damage and dysfunction. Both parties' chief medical experts would like an opportunity to examine the x-rays and MRIs from May 2022, the anticipated post-surgical MRIs, as well as post-surgery neurological exams, which may impact their expert opinions and could necessitate revised reports.

A temporary stay in proceedings would allow counsel and their medical experts to monitor and evaluate the outcome of this new surgery and determine whether this significant medical development impacts their assessment of liability and damages.

Accordingly, the parties respectfully request a 60-day stay of proceedings until July 25, 2022, by which date counsel will file a joint status letter advising the Court of the status of the Plaintiff's surgery and recovery and proposing next steps in the litigation.

Respectfully submitted,

/s/Dorollo Nixon, Jr., Esq.

cc: Carly Weinreb, Esq.

Application granted.  This matter is stayed until July 25, 2022.  The parties are directed to submit a joint status letter proposing next steps in this litigation no later than July 25, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50 and to note the stay on the docket.

SO ORDERED.

Dated:  May 25, 2022
New York, New York

GREGORY H. WOODS
United States District Judge