UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA FAISON-WILLIAMS, <br><br> Plaintiff, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 1:20-cv-08329 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The parties' joint request by letter dated October 3, 2022 (ECF No. 55) is granted. The stay in this matter is hereby extended to **November 18, 2022**. The parties are directed to submit a joint status letter proposing next steps in this litigation no later than November 18, 2022.

Dated: October 4, 2022
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge