UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA FAISON-WILLIAMS,<br><br>      Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | 1:20-cv-08329 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record at the April 13, 2023 conference, Defendant shall file its anticipated motions for summary judgment and to exclude expert testimony by **May 30, 2023**. In addition to Defendant filing a Statement of Material Facts Pursuant to Local Rule 56.1, the parties shall, by **May 30, 2023**, file a joint Statement of Material Facts setting out all facts on which the parties agree. Opposition to the motions are due by **June 20, 2023**. The reply, if any, is due by **June 27, 2023**. If Defendant decides not to file summary judgment motions and to proceed to trial or request a referral to a settlement conference or mediation, the parties shall notify the Court promptly.

Dated: April 13, 2023
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge