**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NATASHA FAISON-WILLIAMS,

                Plaintiff,
-against-                                      20 **CIVIL** 8329 (JLR)

**JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2024, the Court has GRANTED the Government's motion to exclude expert testimony from Plaintiff's expert. The Court has further GRANTED the Government's motion for summary judgment; accordingly, the case is closed.

**Dated:**  New York, New York

      March 20, 2024

                                                                     **RUBY J. KRAJICK**

                                                                       Clerk of Court

                                      **BY:**        *K. Mango*

                                                                       **Deputy Clerk**