

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 30, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. The status conference currently scheduled for June 5, 2025, is hereby adjourned to **June 12, 2025, at 10:00 a.m**.

Dated: June 2, 2025
New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: <u>Natasha Faison-Williams v. United States</u>, 20 Civ. 8329 (JLR)

Dear Judge Rochon:

  This Office represents the United States of America (the "Government") in the above-referenced medical malpractice action brought by plaintiff Natasha Faison-Williams ("Plaintiff") under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. On May 28, the Court entered an Order scheduling a status conference on June 5, 2025, at 10 a.m. in Courtroom 20B. <u>See</u> Order, dated May 28, 2025 (ECF No. 106). With Plaintiff's consent, I write respectfully to request a one-week adjournment of the status conference from June 5 to June 12. The reason for the request is that I will be unable to attend a status conference in person on June 5 due to medical reasons. However, counsel for both parties are available to attend the status conference in person on June 12, or if the Court is unavailable that day, alternatively on June 10 or 11 or on another date convenient for the Court. I thank the Court for its consideration of this request.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York
                *Attorney for the United States of America*

      By:  */s/ Carly Weinreb*
          CARLY WEINREB
          Assistant United States Attorney
          86 Chambers Street, Third Floor
          New York, NY 10007
          Tel.: (212) 637-2769
          Fax: (212) 637-2786
          carly.weinreb@usdoj.gov

cc: Dorollo Nixon, Jr., Esq., *Counsel for Plaintiff* (by ECF)